# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John J. Manley <br>                 Debtor <br><br> Ditech Financial LLC <br>                 Movant <br>    vs. <br><br> John J. Manley <br>                 Debtor <br><br> Terry P. Dershaw Esq. <br>                 Trustee | CHAPTER 13 <br> BK NO: 18-13413 AMC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to October 1, 2018.

Dated: **August 28, 2018**

By the court:

_____
United States Bankruptcy Judge