United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J Manley  
    Debtor

Case No. 18-13413-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 28, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.  
db         +John J Manley,   2417 North Greenhill Road,   Broomall, PA 19008-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:

        KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN   on behalf of Debtor John J Manley scottfwaterman@gmail.com,  
         scottfwaterman@gmail.com  
        TERRY P. DERSHAW   td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John J. Manley <br> <u>Debtor</u> <br><br> Ditech Financial LLC <br> <u>Movant</u> <br> vs. <br><br> John J. Manley <br> <u>Debtor</u> <br><br> Terry P. Dershaw Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 18-13413 AMC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to October 1, 2018.

By the court: _____
United States Bankruptcy Judge

Dated: **August 28, 2018**