United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13413-amc
John J Manley                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2          Date Rcvd: Aug 31, 2018
                             Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
```
db         +John J Manley,    2417 North Greenhill Road,    Broomall, PA 19008-2935
14111532   +Alleghney Plywood Co., Inc.,    3433 Smallman Street,    Pittsburgh, PA 15201-1915
14111536   +C.R. Onsrud, Inc.,    120 Technology Drive,    Troutman, NC 28166-8537
14111539   +CHBriggs,    P.O. Box 15188,    Reading, PA 19612-5188
14111540   +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
14111543   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
14111544   +Exxon/Mobil,    P.O. Box 78001,    Phoenix, AZ 85062-8001
14111545   +Fessenden Hall of Pa, Inc.,    3021 Industry Drive,    Lancaster, PA 17603-4066
14111546   +Gray Brothers,    Attn: Dan Spracklin,    501 S. Main Street,    Spring City, PA 19475-2038
14111547   +Home Depot Credit Services,    P.O. Box 790345,    Saint Louis, MO 63179-0345
14111549   +Russell Plywood, Inc.,    401 Old Wyomissing Road,    Reading, PA 19611-1599
14111550   +Somax Environmental,    501 S. Main Street,    Spring City, PA 19475-2038
14111551   +Versatek Enterprises, LLC,    508 Front Street,    Lititz, PA 17543-1708
14111552   +W.B. Mason,    59 Centre Street,    Brockton, MA 02301-4075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          EDI: BTPDERSHAW.COM Sep 01 2018 05:38:00     TERRY P. DERSHAW,    Dershaw Law Offices,
             P.O. Box 556,    Warminster, PA  18974-0632
smg         E-mail/Text: megan.harper@phila.gov Sep 01 2018 01:50:36     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2018 01:49:50
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2018 01:50:09     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14111533   +EDI: GMACFS.COM Sep 01 2018 05:38:00     Ally Financial,    P.O. Box 380902,
             Bloomington, MN 55438-0902
14111534   +EDI: AMEREXPR.COM Sep 01 2018 05:38:00     American Express,    P.O. Box 1270,
             Newark, NJ 07101-1270
14111535    EDI: BANKAMER.COM Sep 01 2018 05:38:00     Bank Of America,    Po Box 982238,
             El Paso, TX 79998
14111537    EDI: CAPITALONE.COM Sep 01 2018 05:38:00     Capital One,    15000 Capital One Dr,
             Richmond, VA 23238
14111538   +EDI: CHASE.COM Sep 01 2018 05:38:00     Chase Card Member Service,    P.O. Box 15123,
             Wilmington, DE 19850-5123
14111542    EDI: DISCOVER.COM Sep 01 2018 05:38:00     Discover Financial Services LlC,    Po Box 15316,
             Wilmington, DE 19850
14111541   +E-mail/Text: B@directcapital.com Sep 01 2018 01:51:05     Direct Capital,    Division CIT Bank,
             155 Commerce Way,    Portsmouth, NH 03801-3243
14111548   +E-mail/Text: jackyv@rhoads-ohara.com Sep 01 2018 01:51:03     Rhoads & O'Hara,
             Architectual Products, LLC,    3690 N. West Blvd,    Vineland, NJ 08360-1653
14111553   +EDI: WFFC.COM Sep 01 2018 05:38:00     Wells Fargo Bank,    P.O. Box 29482,
             Phoenix, AZ 85038-9482
                                                                                              TOTAL: 13
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                             Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin                 Page 2 of 2              Date Rcvd: Aug 31, 2018
                              Form ID: 318                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor John J Manley scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John J Manley** | Social Security number or ITIN **xxx−xx−9850** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **18−13413−amc** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John J Manley

8/30/18                                                        **By the court:**   Ashely M. Chan
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**